ORIGINAL

FILED

06/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0253

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0253

FILED

JUN 0 1 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

C.B.,

ORDER

A Youth in Need of Care.

Counsel for Appellant S.B. has filed a petition for rehearing in the captioned matter. Counsel for Appellee State of Montana has responded objecting to the petition.

This Court will consider a petition for rehearing presented only upon the following grounds:

(i)   That it overlooked some fact material to the decision;

(ii)  That it overlooked some question presented by counsel that would have proven decisive to the case; or

(iii) That its decision conflicts with a statute or controlling decision not addressed by the supreme court.

M. R. App. P. 20(1)(a).

This case was decided by unpublished opinion, pursuant to the Internal Operating Rules of this Court. Unpublished opinions are per se unanimous and summary actions by this Court affirming a result in district court. They do not necessarily contain a detailed analysis of all the issues raised on appeal; however, that does not mean that the Court overlooked a particular argument or issue raised by a party.

The Court having duly considered the petition and the response,

IT IS ORDERED that the petition for rehearing is denied.

The Clerk is directed to provide a copy of this Order to all counsel of record.

DATED this 1st day of June, 2021.

Chief Justice

_____

_____

_____

_____
Justices